# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

In re: SUBPOENA TO HAGENS BERMAN SOBOL SHAPIRO LLP,

Underlying Case: *In re Benjamin Yormak*, Case No. 9:15-bk-04241 (Bankr. M.D. Fla.).

No. MC19-0140RSL

ORDER QUASHING SUBPOENA

This matter comes before the Court on a motion to quash a subpoena issued to Hagens Berman Sobol Shapiro LLP by the bankruptcy trustee in *In re Benjamin Yormak*, Case No. 9:15-bk-04241 (Bankr. M.D. Fla.). The motion is unopposed and therefore GRANTED. The trustee's subpoena is hereby QUASHED.

DATED this 19th day of Nov., 2019.

Robert S. Lasnik
United States District Judge

ORDER QUASHING SUBPOENA - 1